## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02050-RMR-KLM

DELORES BRENNAN,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice, each party to bear his or its own fees and costs.

DATED this 8th day of July, 2021.

| BACHUS & SCHANKER, LLC | BAIRD QUINN LLC |
|---|---|
| /s/ Andrew C. Quisenberry | /s/ J. Mark Baird |
| Andrew C. Quisenberry | J. Mark Baird, #22276 |
| 101 West Colfax Avenue, Suite 650 | Beth Doherty Quinn, #26015 |
| Denver, Colorado 80202 | 2036 East 17th Avenue |
| Telephone: (303) 893.9800- | Denver, Colorado 80206 |
| Email: Andrew.quisenberry@coloradolaw.net | Telephone: (303) 813.4500 |
|  | Email: jmb@bairdquinn.com |
|  | bdq@bairdquinn.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of July, 2021, a true and correct copy of the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE,** was filed with the Court and served electronically via the CM/ECF system, addressed to the following:

Andrew Quisenberry, Esq.
BACHUS & SCHANKER, LLC
Andrew.quisenberry@coloradolaw.net

>*/s/ Diane Burns*
>OF Baird Quinn, LLC