IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02050-RMR-KLM

DELORES BRENNAN,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice (Doc. #33).

THE COURT, having reviewed the pleadings and being fully advised of the premises, finds sufficient cause to grant the parties' request.

IT IS THEREFORE ORDERED that all claims of any nature, whether direct or by counterclaim, asserted in this action be dismissed with prejudice, with each party to bear her or its own attorneys' fees and costs.

DATED this 8th day of July, 2021.

                              BY THE COURT:

                              _____
                              REGINA M. RODRIGUEZ
                              United States District Judge